# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH

| | |
|---|---|
| HENRY JAMES HOLMES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2: 22-cv-00047 |
| ) | Chief Judge Mark R. Hornak |
| v. ) | Chief Magistrate Judge Cynthia Reed Eddy |
| ) | |
| WARDEN ORLANDO HARPER and ) | |
| PITTSBURGH POLICE OFFICER ) | |
| MICHAEL VEITH, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

**AND NOW**, this 29th day of September, 2022, for the reasons set forth in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Pittsburgh Police Officer Michael Veith, ECF No. 17, is granted and all claims against Defendant Veith are hereby dismissed, without leave to amend, as futile.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendant Warden Orlando Harper, ECF No. 29, is granted and all claims against Defendant Harper are hereby dismissed, without leave to amend, as futile.

**IT IS FURTHER ORDERED** that the two Reports and Recommendation filed by Chief Magistrate Judge Cynthia Reed Eddy on August 30, 2022, ECF No. 37 and ECF No. 38, are adopted as the Opinions of the Court. The Clerk shall mark this case closed.

Lastly, the Court certifies that pursuant to 28 U.S.C. § 1915(a) that any appeal from this Order would not be taken in good faith.

s/ Mark R. Hornak
MARK R. HORNAK
CHIEF UNITED STATES DISTRICT JUDGE

cc:  The Honorable Cynthia Reed Eddy
   Chief United States Magistrate Judge

   Henry James Holmes
   1020 Franklin Ave.
   Pittsburgh, PA 15221